AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ALEKSANDER ALEKSIEV

**APPEARANCE**

Case Number: 08 MAG 1071

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
ALEKSANDER ALEKSIEV

I certify that I am admitted to practice in this court.

5/19/2008
Date

Signature

PAUL HUGEL — PH4749
Print Name — Bar Number

CLAYMAN & ROSENBERG - 305 MADISON AVE #1301
Address

NEW YORK — NY — 10165
City — State — Zip Code

(212) 922-1080 — (212) 949-8255
Phone Number — Fax Number