```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :   INDICTMENT

         -v.-                       :
                                        08 Cr.
ALEKSANDAR ALEKSIEV,                :

              Defendant.                08 CRIM 514
- - - - - - - - - - - - - - - - - - x
```

Judge McMahon

### COUNT ONE

The Grand Jury charges:

On or about May 8, 2008, in the Southern District of New York, ALEKSANDAR ALEKSIEV, the defendant, unlawfully, willfully, and knowingly, and with intent to defraud, in an offense affecting interstate commerce, did effect and attempt to effect transactions, with one and more access devices issued to another person and persons, to receive payment and another thing of value during a one-year period the aggregate value of which is equal to and greater than $1,000, to wit, ALEKSIEV used at least approximately three Automatic Teller Machine ("ATM") cards encoded with other people's bank account information to withdraw a total of at least approximately $5,400 from an ATM located in the vicinity of East 65th Street and Madison Avenue, New York, New York, without authorization from the account holders.

(Title 18, United States Code, Sections 1029(a)(5), 1029(b)(1), and 2.)

_____              _____
FOREPERSON                                   MICHAEL J. GARCIA
                                             United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ALEKSANDAR ALEKSIEV,

Defendant.

INDICTMENT

08 Cr.

(18 U.S.C. §§ 1029(a)(5),
1029(b)(1) and 2)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
                        Foreperson.