```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :    INDICTMENT

            -v.-                    :
                                         (S1) 08 Cr. 514 (CM)
ALEKSANDAR ALEKSIEV,                :

            Defendant.              :

- - - - - - - - - - - - - - - - - - - x
```

## COUNT ONE

The Grand Jury charges:

1. On or about May 8, 2008, in the Southern District of New York, ALEKSANDAR ALEKSIEV, the defendant, unlawfully, willfully, and knowingly, and with intent to defraud, in an offense affecting interstate commerce, did effect and attempt to effect transactions, with one and more access devices issued to another person and persons, to receive payment and another thing of value during a one-year period the aggregate value of which is equal to and greater than $1,000, to wit, ALEKSIEV used at least approximately three Automatic Teller Machine ("ATM") cards encoded with other people's bank account information to withdraw a total of at least approximately $5,400 from an ATM located in the vicinity of East 65th Street and Madison Avenue, New York, New York, without authorization from the account holders.

(Title 18, United States Code, Sections 1029(a)(5), 1029(b)(1), and 2.)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 30 2008

## FORFEITURE ALLEGATION

2. As a result of committing the offense alleged in Count One of this Indictment, ALEKSANDAR ALEKSIEV, the defendant, shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(2)(B), any property constituting, or derived from, proceeds obtained directly or indirectly as a result of such violation, and pursuant to 18 U.S.C. § 1029(c), any personal property used or intended to be used to commit the offense, including but not limited to the following:

    a. A sum in United States currency representing the amount of proceeds obtained as a result of the offense alleged in Count One.

    b. One 2004 Audi A4 vehicle bearing Vehicle Identification Number WAULT68E94A154209.

### Substitute Asset Provision

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

2

   (5) has been commingled with other property which

   cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 18 U.S.C. § 982(b), to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property.

  (Title 18, United States Code, Sections 982 and 1029.)

_/s/ Sherry Pucchiorls_  
FOREPERSON

_/s/ Michael J. Garcia_  
MICHAEL J. GARCIA / MAA  
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ALEKSANDAR ALEKSIEV,

Defendant.

INDICTMENT

(S1) 08 Cr. 514 (CM)

(18 U.S.C. §§ 1029(a)(5),
1029(b)(1) and 2)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*/signature/*
Foreperson.